IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:04-bk-00855-KSJ

In re:

JOHN GREGORY OLMSTEAD, SR.
ANNA MAY OMLSTEAD,

    Debtor(s).

_____/

## ORDER GRANTING MOTION TO DISMISS CASE

THIS CASE came before the Court upon the Trustee's Motion to Dismiss for Post Petition Income Tax Liability (Document No. 59). The court, having heard argument and being otherwise advised in the premises finds that the motion has merit and should be granted. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1.    This case is dismissed.

2.    The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3.    Of the Debtor(s) $888.82 in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor(s) current plan, $0.00 attorney fees provided for in the Debtor(s) current plan, $0.00 to the Trustee and the sum of $888.82 shall be refunded to the Debtor(s).

DONE and ORDERED in Orlando, Florida, this 20th day of July, 2009

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties